# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

IN RE:  LANCE Q. ELLIS EALY,  :
LARRY E. EALY,

        Petitioner,               Case No. 3:14-cv-263

  - vs -                                  District Judge Thomas M. Rose
                                            Magistrate Judge Michael R. Merz

JAMES R. BARRETT, et al.,

        Respondents.  :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. #3) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #7)

The Court has reviewed the Report and Recommendations (Doc. #3) and Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Objections to the Report and Recommendations (Doc. #3) were filed on August 21, 2014.  The Supplemental Report and Recommendations (Doc. #7) was filed August 25, 2014 .  The Court noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 11, 2014, hereby ADOPTS the Report and Recommendations (Doc. #3) and the Supplemental Report and Recommendations (Doc. #7).

Accordingly, it is hereby ORDERED that the Petition for Writ of Habeas Corpus be DISMISSED.

September 12, 2014                                      *s/Thomas M. Rose

                                                              Thomas M. Rose
                                                 United States District Judge